

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

November 25, 2019

**VIA ECF**

**MEMO ENDORSED**

Hon. Edgardo Ramos
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Courtroom 619
New York, NY 10007

**Re: *Diaz v. Stamps.com Inc.*, Civil Action No.: 1:19-cv-08268**

Dear Judge Ramos:

This firm represents Defendant Stamps.com Inc. ("Defendant") in the above-referenced action. We write, with Plaintiff's consent, to respectfully request an extension of the deadline to respond to the Complaint, up to and including January 6, 2020.

By way of background, the original deadline for Defendant to respond to the Complaint was September 30, 2019. On September 19, 2019, the Court granted the parties' first request for an extension of this deadline. (ECF No. 7.) Defendant then engaged counsel and the undersigned filed a Notice of Appearance on October 24, 2019 (ECF No. 8.) On October 25, 2019, the Court granted Defendant's second request for an extension of the responsive pleading deadline (ECF No. 10.) Pursuant to the Court's Order, Defendant's current deadline to respond to the Complaint is December 2, 2019. (*Id.*)

Defendant respectfully requests that this deadline be extended by an additional thirty-five (35) days to January 6, 2020. The parties have commenced settlement discussions and require additional time to continue these discussions given the forthcoming holidays and their shared objective of exploring a non-litigated resolution before expending resources on discovery. This extension will not affect any other scheduled dates. The undersigned has communicated with counsel for Plaintiff, and Plaintiff consents to this request.

We thank the Court for its time and attention to this matter, and for its consideration of this application.







Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

cc: All counsel of record (via ECF)

The application is _X_ granted
____ denied

Edgardo Ramos, U.S.D.J
Dated: November 26, 2019
New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # ________________
DATE FILED: November 26, 2019